IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOTTIE M. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-268-KAJ |
| HOUSEHOLD PAYROLL SERVICES, | ) |
| INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties, subject to the approval of the Court, that the following shall modify the Court's Scheduling Order of February 4, 2005:

1. All case dispositive motions, opening briefs and affidavits, if any, in support of the motions shall be served and filed on or before May 23, 2005; answering briefs by June 13, 2005; and reply briefs by June 30, 2005.

2. The remainder of the Court's July 23, 2004 Scheduling Order shall remain in effect.

| | |
|---|---|
| /s/ Gary Aber | /s/ Jennifer C. Jauffret |
| Gary W. Aber (#754) | Jennifer C. Jauffret (#3689) |
| gaber@gablawde.com | jauffret@rlf.com |
| Aber Goldlust Baker & Over | Alyssa M. Schwartz (#4351) |
| 702 King Street, Suite 600 | schwartz@rlf.com |
| P.O. Box 1675 | Richards, Layton & Finger |
| Wilmington, DE 19899-1675 | One Rodney Square |
| 302-472-4900 | P.O. Box 551 |
| Attorneys for Plaintiff | Wilmington, DE 19899 |
| | 302-651-7568 |
| | Attorneys for Defendant |

SO ORDERED this ___ day of _____, 2005

_____
United States District Judge

RLF1-2869448-1