# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ALYSSA M. SCHWARTZ

DIRECT DIAL NUMBER
302-651-7756
SCHWARTZ@RLF.COM

April 27, 2005

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court for
 the District of Delaware
844 King Street
Wilmington, Delaware 19801

> **Re:** **Lottie M. Adams v. Household Payroll Services, Inc.**
> **Civil Action No. 04-268-KAJ**

Dear Judge Jordan:

Pursuant to the Stipulation and Order signed by Your Honor on February 4, 2005, opening briefs on the parties' case dispositive motions must be filed and served on or before May 13, 2005.

On April 19, 2005, the parties met with Magistrate Judge Thynge for a settlement conference. Since then, the parties have been working with the aid of the Magistrate to settle the matter. In light of the settlement negotiations, the parties would request that the attached Stipulation and Order be signed by Your Honor adjusting the dates for the parties' case dispositive motions.

Counsel remains available should Your Honor have any questions.

Respectfully,

Alyssa M. Schwartz (#4351)

AMS:lmg

Enclosure
cc:   Clerk of the Court (via Electronic Filing and Hand Delivery)
      Gary W. Aber, Esq. (via Electronic Filing and Hand Delivery)

RLF1-2869487-1