LAW OFFICES
## ABER, GOLDLUST, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER, P.C.
JOANNE A. SHALLCROSS**
SHAUNA T. HAGAN

(302) 472-4900
TELECOPIER (302) 472-4920

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

May 23, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19899

RE: Adams v. Household International
C.A. No.: 04-268 (KAJ)

Dear Judge Jordan:

I pleased to be able to inform the Court, that through the assistance and efforts of Magistrate Judge Thynge, the parties have been able to reach an agreement to resolve the above-captioned matter. Accordingly, in the near future we will be able to file the papers dismissing this matter, when the settlement is concluded.

Both myself, and the attorneys for the defendant express our thanks to the Court for allowing us to take the time to resolve this matter. If you need any additional information please feel free to contact me.

Respectfully,

Gary W. Aber

GWA/mac
cc: Alyssa M. Schwartz, Esquire
    Clerk of The Court