IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOTTIE M. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 04-268-KAJ |
| HOUSEHOLD PAYROLL SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto that the above-captioned action is dismissed in its entirety with prejudice pursuant to Rule 41. Each party is responsible for her or its legal fees and costs.

_____
Gary W. Aber (# 754)
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE 19899-1675
gaber@gablawde.com
Counsel for Lottie M. Adams

_____
Jennifer C. Jauffret (#3689)
Alyssa M. Schwartz (#4351)
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, Delaware 19899
jauffret@rlf.com
schwartz@rlf.com
Counsel for Household Payroll Services, Inc.

SO ORDERED this _____ day of _____, 2005.

_____
Judge